United States Courts
Southern District of Texas
ENTERED

AUG 22 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,   §
                            §
*versus*                    §       Civil Action H-01-2380
                            §
                            §
John Bell                   §

## ORDER OF DISMISSAL

The United States of America moved to dismiss this action.

This Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed _____, 2001.

United States District Court
S I G N E D
AUG 21 2001
Judge Lynn N. Hughes

_____
United States District Judge

#4